# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**-vs-**                                             **07-00141-01-CR-W-HFS**

**JENNIFER M. LINDSEY,**

      **Defendant.**

                                                  **USM Number: 34372-044**

                                                  Ronna Holloman-Hughes, AFPD

_____

## AMENDED JUDGMENT IN A CRIMINAL CASE*
### (For Revocation of Probation or Supervised Release)

**THE DEFENDANT:** was found in violation of a standard condition and condition No. 3 of the term of supervision. The defendant is adjudicated guilty of these violation(s):

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition | The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission by the probation officer. | December 27, 2011 |
| Condition No. 3 | The defendant shall answer truthfully all inquiries by the probation officer and follow the instruction of the probation officer. | November 29, 2011 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| | | |
|---|---|---|
| Defendant's Soc. Sec. No. | xxx-xx-0762 | Date of Imposition of Sentence: |
| Defendant's Date of Birth: | xx-xx-1978 | January 27, 2012 |
| Deft's U.S. Marshal No.: | 34372-044 | |

(*Mandatory Condition Violation was deleted because it was not pursued by the government.)

AO 245D (Rev. 9/08-2/10) Judgment in a Criminal Case for Revocations

Defendant's Mailing Address:
c/o U. S. Marshal's Service, 400 East 9th Street,
Kansas City, MO 64106

Defendant's Residence Address:
Same as above.

/s/ Howard F. Sachs
HOWARD F. SACHS
SENIOR UNITED STATES DISTRICT JUDGE

February  1 , 2012

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **4 months on Counts 1, 2, and 3 to run concurrently.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, **no term of supervision** is imposed.